JS-6

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22

| | |
|---|---|
| ANTIAGING INSTITUTE OF CALIFORNIA, INC., a California corporation<br><br>     Plaintiff,<br>  v.<br>SOLONOVA, LLC, a California Limited Liability Company; EASY LIVING HEALTH, a business of unknown formation; DEEPAK CHOPRA, an individual; TISHCON CORP., a New York Corporation; and RAJ CHOPRA, an individual; DOES 1-100<br><br>     Defendants. | Case No.: CV-15-03416 AB (FFMx)<br><br>**[PROPOSED] STIPULATED FINAL JUDGMENT**<br><br><br>The Hon. André Birotte Jr.<br>Courtroom:  7B – 7th Fl.<br>      350 W. 1st St.<br>      Los Angeles, CA 90012 |
| TISHCON CORP., a New York corporation,<br><br>     Counterclaimant,<br>  v.<br>ANTIAGING INSTITUTE OF CALIFORNIA, INC., a California corporation,<br><br>     Counter-Defendant. | |

**A. Trademark Applications**

23
24
25
26

   1.  Plaintiff hereby abandons its applications with the U.S. Pantent and Trademark Office ("USPTO") seeking to trademark "LiquiCalcium" (Serial No. 86507597), and "LiquiCalcium 6 Plus" (Serial No. 86513049).

27
28

{00768722 DOCX 2}

1

2. Plaintiff and its officers, agents, directors, and employees, or affiliates, whether acting directly or indirectly, shall immediately take all actions necessary to withdraw the above mentioned applications with prejudice, and shall not seek to file any new trademark applications that have any substantial similarity to the Mark.

3. Plaintiff and its officers, agents, directors, and employees, or affiliates, whether acting directly or indirectly, are hereby permanently enjoined from any use of the marks "LiquiCalcium," "LiquiCalcium 6 Plus," "LIQUI-CALCIUM" (the "Marks") or any mark that is substantially similar to the Marks.

4. Plaintiff and its officers, agents, directors, and employees, or affiliates, whether acting directly or indirectly, shall not oppose Tishcon's application to trademark "LIQUI-CALCIUM" (Serial No. 86715779), and shall take all reasonably necessary actions within Plaintiff's or its employees, agents, directors, employees or affiliate's control, to remove any existing opposition to or suspension of Tishcon's application.

**B. Dismissal of Claims**

5. Plaintiff hereby dismisses, with prejudice, all claims against Defendants, their employees, directors, officers, agents, or successors and assigns, contained in the First Amended Complaint (Dkt. No. 75).

6. Subject to the right to enforce the provisions of Paragraphs 1 through 4 hereof, Tishcon hereby dismisses all claims against Plaintiff, their employees, directors, officers, agents, or successors and assigns, contained in Tishcon's counterclaims contained in the answer to the FAC (Dkt. No. 103).

1  Dated:  February ___, 201**7**

2                                            STUBBS ALDERTON & MARKILES, LLP

3

4                                            By: _____

5                                                  Anthony M. Keats
                                                    Konrad K. Gatien

6  Dated:  February 21, 2017

7                                            MCCARTHY FINGAR, LLP

8

9                                            By:_____

10                                                 Phillip C. Landrigan *(pro hac vice)*
                                                    Zahir A. Virani *(pro hac vice)*

11

12                                                 Attorneys for Defendants
                                                    SOLANOVA, LLC, DEEPAK CHOPRA,

13                                                 TISHCON CORP. and RAJ CHOPRA

14  Dated:  February ___, 2017
                                             T. SEAN BUTLER, ESQ.

15

16

17                                           By: _____
                                                    T. Sean Butler, Esq.

18

19                                                 Attorney for Plaintiff,
                                                    ANTIAGING INSTITUTE OF CALIFORNIA,

20                                                 INC.

21

22  **IT IS SO ORDERED:**

23

24  Dated:  March 1, 2017              _____

25                                           Hon. André Birotte Jr.

26                                           UNITED STATES DISTRICT JUDGE

27

28
    {00768722 DOCX 2}                              3